**BONAKDAR LAW FIRM**

Roger S. Bonakdar, #253920
2344 TULARE ST., SUITE 200
FRESNO, CALIFORNIA 93721
PHONE (559) 495-1545
FAX (559) 495-1527

Attorneys for Defendant, CARLOS GERMAN FIERRO

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 1:25-CR-00048-KES-BAM |
| Plaintiff, | WAIVER OF DEFENDANT'S PERSONAL PRESENCE; ORDER THEREON |
| vs. | Judge: Hon. Barbara A. McAuliffe |
| CARLOS GERMAN FIERRO, | Status Conference: June 11, 2025 |
| Defendant. | Time: 1:00 p.m. |
| | Courtroom: 8, 6th Floor |

Pursuant to Fed. R. Crim. P. 43(b)(3), Defendant, CARLOS GERMAN FIERRO, having been advised of his right to be present at all stages of the proceedings, hereby requests that this court proceed in her absence on every occasion that the Court may permit, pursuant to this waiver. Defendant agrees that his interests shall be represented at all times by the presence of his attorney, Roger S. Bonakdar of the Bonakdar Law Firm, the same as if Defendant were personally present, and requests that this court allow his attorney-in-fact to represent his interests at all times.

Defendant further agrees that notice to Defendant's attorney that Defendant's presence is required will be deemed notice to the Defendant of the requirement of his appearance at said time and place.

Specifically, Defendant requests that the Court waive his personal appearance at the Status Conference scheduled for June 11, 2025, at 1:00 p.m., before Magistrate Judge McAuliffe, and all non-substantive (dispositive motions, plea, sentencing) hearings, pending further order of the Court.

-1-

WAIVER OF DEFENDANT'S PERSONAL PRESENCE; ORDER

Therefore, Defendant respectfully requests that the Court waive his appearance at this appearance, and any other appearances that the Court may permit.

Respectfully submitted,

DATED: May 28, 2025						BONAKDAR LAW FIRM

*/s/ Roger S. Bonakdar*
ROGER S. BONAKDAR
Attorneys for Defendant
CARLOS GERMAN FIERRO

DATED: May 28, 2025						*/s/ Carlos German Fierro*
CARLOS GERMAN FIERRO

## O R D E R

Good cause appearing, IT IS ORDERED that Defendant's appearance at the June 11, 2025, Status Conference is hereby waived.

IT IS HEREBY FURTHER ORDERED that Defendant's appearance may be waived at any and all non-substantive pretrial proceedings until further order.

IT IS SO ORDERED.

Dated:  **May 29, 2025**				/s/ *Barbara A. McAuliffe*
						UNITED STATES MAGISTRATE JUDGE