Adilene Flores Estrada # 318690
Law Office of Adilene Flores Estrada
2300 Tulare Street, Suite 120
Fresno, CA, 93721
Telephone: ((209) 843-0090
Adilene@adilenefloreslaw.com

Attorney for CARLOS GERMAN FIERRO

**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF CALIFORNIA**

UNITED STATES OF AMERICA,

Plaintiff,

vs.

CARLOS GERMAN FIERRO

Defendant.

Case No.: 1:25-cr-00048-KES-EPG

**JOINT STIPULATION TO CONTINUE SENTENCING HEARING; FINDINGS AND ORDER**

This case is set for a sentencing hearing on October 26, 2026, at 9:30am in front of Honorable District Judge Kirk E. Sheriff. The parties jointly request to continue the sentencing hearing to December 7, 2026, at 9:30am.

In specific, the defense needs additional time to collect mitigation evidence for the sentencing hearing. Counsel for defendant believes that failure to grant the above-requested continuance will deny her the reasonable time necessary for effective preparation, even when considering the exercise of due diligence.

Dated: September 7, 2026

/s/ Adilene Flores Estrada___
ADILENE FLORES ESTRADA
Attorney for Defendant
CARLOS GERMAN FIERRO

Dated: September 7, 2026

/s/ Cody Chapple
CODY CHAPPLE
United States Attorney's Office
Assistant US Attorney

**ORDER**

**IT IS SO ORDERED.**

The sentencing hearing set on October 26, 2026, is reset to December 7, 2026, at 9:30AM before District Judge Kirk E. Sherriff.

IT IS SO ORDERED.

Dated: September 8, 2026

UNITED STATES DISTRICT JUDGE