Adilene Flores Estrada # 318690
Law Office of Adilene Flores Estrada
2300 Tulare Street, Suite 120
Fresno, CA, 93721
Telephone: ((209) 843-0090
Adilene@adilenefloreslaw.com

Attorney for CARLOS GERMAN FIERRO

**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>vs.<br>CARLOS GERMAN FIERRO<br>Defendant. | Case No.: 1:25-cr-00048-KES-EPG<br><br>**JOINT STIPULATION TO CONTINUE SENTENCING HEARING; FINDINGS AND ORDER** |

This case is set for a sentencing hearing on December 7, 2026, at 9:30am in front of Honorable District Judge Kirk E. Sheriff. The parties jointly request to continue the sentencing hearing to February 1, 2026, at 9:30am.

In specific, the defense needs additional time to collect mitigation evidence for the sentencing hearing. Counsel for defendant believes that failure to grant the above-requested continuance will deny her the reasonable time necessary for effective preparation, even when considering the exercise of due diligence.

Dated: November 24, 2026

/s/ Adilene Flores Estrada___
ADILENE FLORES ESTRADA
Attorney for Defendant
CARLOS GERMAN FIERRO

Dated: November 24, 2026

/s/ Chan Hee Chu
CHAN HEE CHU
United States Attorney's Office
Assistant US Attorney

**FINDINGS AND ORDER**

Based upon the stipulation and representations of the parties, the Court orders the sentencing hearing set for December 7, 2026, be continued to February 1, 2027, at 9:30 a.m. before District Judge Kirk E. Sherriff.

IT IS SO ORDERED.

Dated: November 24, 2026

UNITED STATES DISTRICT JUDGE